**Dismiss and Opinion Filed October 31, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01074-CV

## IN THE INTEREST OF J.M.H., J.P.Y., R.A.Y., AND B.N.Y., CHILDREN

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. FA-12-0048**

## MEMORANDUM OPINION

Before Justices Moseley, Bridges, and Lang-Miers
Opinion by Justice Moseley

Appellant's filing fee and brief in this case are overdue. By letter dated September 3, 2013, we notified appellant that although he informed the court that he was presumed indigent and may proceed without advance payment of costs, the record before the Court did not reflect that appellant had been found indigent. We instructed appellant that within ten days of the September 3, 2013 letter, he must pay the filing fee, provide written verification that he paid or made payment arrangements for the reporter's record, or provide documentation showing the trial court made a determination that he was indigent. We received no response to this letter and appellant has not filed anything with this Court other than the notice of appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1).

131074F.P05

/Jim Moseley/
JIM MOSELEY
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF J.M.H., J.P.Y., R.A.Y., AND B.N.Y., CHILDREN

No. 05-13-01074-CV

On Appeal from the 15th Judicial District Court, Grayson County, Texas
Trial Court Cause No. FA-12-0048.
Opinion delivered by Justice Moseley. Justices Bridges and Lang-Miers participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.


Judgment entered this 31st day of October, 2013.


/Jim Moseley/
JIM MOSELEY
JUSTICE